IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REINALDO ACOSTA,

    Petitioner,

v.

STANLEY CORRECTIONAL INSTITUTION,

    Respondent.

ORDER

Case No. 18-cv-143-wmc

Pro se petitioner Reinaldo Acosta, a prisoner in the custody of the Wisconsin Department of Corrections at the Stanley Correctional Institution, filed this 28 U.S.C. § 2254 petition for a writ of habeas corpus on March 1, 2018. On July 27, 2018, Magistrate Judge Stephen Crocker entered an order directing Acosta to supplement his petition with facts showing that he is in custody in violation of the Constitution or laws or treaties of the United States. The magistrate advised Acosta that the court would likely dismiss the petition if he did not file his brief by August 27, 2018. (Dkt. #6.)

That deadline has passed, but Acosta has not filed a supplement to his petition or a motion for an extension of time. As a result, the court will dismiss the petition with prejudice. *Hill v. United States*, 762 F.3d 589, 591 (7th Cir. 2014) ("[D]ismissal for failure to prosecute is presumptively with prejudice.").

ORDER

IT IS ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed with prejudice for petitioner Reinaldo Acosta's failure to prosecute it.

2. The clerk of court is directed to enter judgment and close this case.

Entered this 17th day of September, 2018.

                        BY THE COURT:

                        /s/

                        WILLIAM M. CONLEY
                        District Judge